UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:10-CV-00391-BO

| | |
|---|---|
| SURJIT SINGH SAUND, an individual, | )<br>) |
| Plaintiff, | )<br>) |
| | ) ORDER |
| v. | )<br>) |
| M. M. FOWLER, INC., d/b/a FAMILY FARE CONVENIENCE STORES, a North Carolina Corporation, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

THIS CAUSE, being heard by the undersigned upon Motion of Defendant M.M. Fowler, Inc. for an Order extending the time within which to answer, plead or otherwise respond to Plaintiff's Complaint pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1;

AND IT APPEARING TO THE COURT that good cause exists for the requested extension, and that the Motion should be allowed;

IT IS, THEREFORE, ORDERED that the time for Defendant to answer, plead or otherwise respond to Plaintiff's Complaint be extended, up to and including November 15, 2010.

SO ORDERED, this the 14th day of Oct, 2010.

DENNIS P. IAVARONE, CLERK