UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00391-BO

| | |
|---|---|
| SURJIT SINGH SAUND, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | FOWLER'S DISCLOSURE |
| v. ) | STATEMENT |
| ) | (Fed. R. Civ. P. 7.1; |
| M. M. FOWLER, INC. d/b/a FAMILY ) | Local Civil Rule 7.3, EDNC) |
| FARE CONVENIENCE STORES, a ) | |
| North Carolina Corporation, ) | |
| ) | |
| Defendant. ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.3 (EDNC), Defendant M. M. Fowler, Inc. d/b/a Family Fare Convenience Stores ("Fowler") makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes                    ( X ) No

2. Does party have any parent corporations?

    ( ) Yes                    ( X ) No

3. Is 10% of more of the stock of party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes                    ( X ) No

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3)?

    ( ) Yes                    ( X ) No

5. Is party a trade association?

   ( ) Yes ( X ) No

This the 15th day of November, 2010.

                    SMITH, ANDERSON, BLOUNT, DORSETT,
                    MITCHELL & JERNIGAN, L.L.P.

                    /s/ Kerry A. Shad
                    Kimberly J. Korando
                    E-mail: kkorando@smithlaw.com
                    N.C. State Bar No. 13573
                    Kerry A. Shad
                    Email: kshad@smithlaw.com
                    N.C. State Bar No. 18401
                    Post Office Box 2611
                    Raleigh, North Carolina 27602
                    Telephone: (919) 821-1220
                    Fax: (919) 821-6800
                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

       I hereby certify that on November 15, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Laura J. Wetsch
Attorney for Plaintiff
Winslow Wetsch, PLLC
416 Morson Street
Raleigh, NC 27601
lwetsch@winslow-wetsch.com
**LR 83.1**

John B. Missing
David C. Ware
Attorneys for Plaintiff
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, DC 20004
jmissing@debevoise.com
dcware@debevoise.com

Victoria W. Ni
Attorney for Plaintiff
Public Justice, P.C.
555 12th Street, Suite 1620
Oakland, Ca 94607-3693
vni@publicjustice.net

This the 15th day of November, 2010.

                                                                       /s/ Kerry A. Shad