UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:10-CV-00391-BO

| | |
|---|---|
| SURJIT SINGH SAUND, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| M. M. FOWLER, INC., d/b/a FAMILY ) | |
| FARE CONVENIENCE STORES, a ) | |
| North Carolina Corporation, ) | |
| ) | |
| Defendant. ) | |

THIS CAUSE, being heard by the undersigned upon Motion of Plaintiff Surjit Singh Saund for an Order extending the time within which to respond to Defendant's Motion to Dismiss and for Partial Summary Judgment pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1;

AND IT APPEARING TO THE COURT that good cause exists for the requested extension, and that the Motion should be allowed;

IT IS, THEREFORE, ORDERED that the time for Plaintiff to respond to Defendant's Motion to Dismiss and for Partial Summary Judgment be extended, up to and including January 10, 2011.

SO ORDERED, this the 2nd day of Dec, 2010.

DENNIS P. IAVARONE, CLERK