UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:10-CV-00391-BO

| | |
|---|---|
| **SURJIT SINGH SAUND, an individual,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**M. M. FOWLER, INC. d/b/a FAMILY** )<br>**FARE CONVENIENCE STORES, a** )<br>**North Carolina Corporation,** )<br>)<br>**Defendant.** ) | **NOTICE OF APPEARANCE** |

Kerry A. Shad of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., P.O. Box 2611, 150 Fayetteville Street, Suite 2500, Raleigh, North Carolina 27602, appears as counsel for Defendant M. M. Fowler, Inc. d/b/a Family Fare Convenience Stores.

This the 11th day of February, 2011.

                                SMITH, ANDERSON, BLOUNT, DORSETT,
                                MITCHELL & JERNIGAN, L.L.P.

                                /s/ Kerry A. Shad
                                Kimberly J. Korando
                                E-mail: kkorando@smithlaw.com
                                N.C. State Bar No. 13573
                                Kerry A. Shad
                                Email: kshad@smithlaw.com
                                N.C. State Bar No. 18410
                                Isaac A. Linnartz
                                N.C. State Bar No. 39858
                                Email: ilinnartz@smithlaw.com
                                Post Office Box 2611
                                Raleigh, North Carolina 27602
                                Telephone: (919) 821-1220
                                Fax: (919) 821-6800
                                *Attorneys for Defendant*

# 1944983_1.Doc

# CERTIFICATE OF SERVICE

  I hereby certify that on February 11, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Laura J. Wetsch
Attorney for Plaintiff
Winslow Wetsch, PLLC
416 Morson Street
Raleigh, NC 27601
lwetsch@winslow-wetsch.com
**LR 83.1**

John B. Missing
David C. Ware
Attorneys for Plaintiff
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, DC 20004
jmissing@debevoise.com
dcware@debevoise.com

Victoria W. Ni
Attorney for Plaintiff
Public Justice, P.C.
555 12th Street, Suite 1620
Oakland, Ca 94607-3693
vni@publicjustice.net

This the 11th day of February, 2011.

            /s/ Kerry A. Shad
            Kerry A. Shad

# 1944983_1.Doc