UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:10-CV-00391-BO

| | |
|---|---|
| SURJIT SINGH SAUND, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M. M. FOWLER, INC. d/b/a FAMILY )<br>FARE CONVENIENCE STORES, a )<br>North Carolina Corporation, )<br>)<br>Defendant. ) | NOTICE OF APPEARANCE |

Isaac A. Linnartz of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., P.O. Box 2611, 150 Fayetteville Street, Suite 2500, Raleigh, North Carolina 27602, appears as counsel for Defendant M. M. Fowler, Inc.

This the 11th day of February, 2011.

           SMITH, ANDERSON, BLOUNT, DORSETT,
           MITCHELL & JERNIGAN, L.L.P.

           /s/ Isaac A. Linnartz
           Kimberly J. Korando
           E-mail: kkorando@smithlaw.com
           N.C. State Bar No. 13573
           Kerry A. Shad
           Email: kshad@smithlaw.com
           N.C. State Bar No. 18410
           Isaac A. Linnartz
           N.C. State Bar No. 39858
           Email: ilinnartz@smithlaw.com
           Post Office Box 2611
           Raleigh, North Carolina 27602
           Telephone: (919) 821-1220
           Fax: (919) 821-6800
           *Attorneys for Defendant*

# 1944987_1.Doc

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Laura J. Wetsch
Attorney for Plaintiff
Winslow Wetsch, PLLC
416 Morson Street
Raleigh, NC 27601
lwetsch@winslow-wetsch.com
**LR 83.1**

John B. Missing
David C. Ware
Attorneys for Plaintiff
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, DC 20004
jmissing@debevoise.com
dcware@debevoise.com

Victoria W. Ni
Attorney for Plaintiff
Public Justice, P.C.
555 12th Street, Suite 1620
Oakland, Ca 94607-3693
vni@publicjustice.net

This the 11th day of February, 2011.

/s/ Isaac A. Linnartz
Isaac A. Linnartz

# 1944987_1.Doc