UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00391-BO

| | |
|---|---|
| SURJIT SINGH SAUND, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M. M. FOWLER, INC. d/b/a FAMILY )<br>FARE CONVENIENCE STORES, a )<br>North Carolina Corporation, )<br>)<br>Defendant. ) | ORDER EXTENDING TIME |

THIS CAUSE, being heard by the undersigned upon the Motion of Defendant M. M. Fowler, Inc. d/b/a Family Fare Convenience Stores for an Order extending the time within which to serve responses and objections to Plaintiff's First Interrogatories and First Requests for Production pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 6.1;

AND IT APPEARING TO THE COURT that good cause has been shown, that the time allowed for responding has not yet expired, that Plaintiff consents to the requested relief, and that the motion should be allowed;

IT IS, THEREFORE, ORDERED that the motion is GRANTED and that the time for Defendant to serve responses and objections to Plaintiff's First Interrogatories and First Requests for Production be extended up to and including April 1, 2011.

SO ORDERED, this the 17th day of March, 2011.

David W. Daniel
United States Magistrate Judge