UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-CV-00391-BO

| | |
|---|---|
| SURJIT SINGH SAUND, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | OF DISMISSAL |
| v. ) | WITH PREJUDICE |
| ) | (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |
| M. M. FOWLER, INC. d/b/a FAMILY ) | |
| FARE CONVENIENCE STORES, a ) | |
| North Carolina Corporation, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Surjit Singh Saund and Defendant M. M. Fowler, Inc. d/b/a Family Fare Convenience Stores, by and through their undersigned counsel, stipulate that this action be dismissed with prejudice and request that this Court retain jurisdiction to enforce the terms of the Confidential Settlement Agreement and Release executed by the parties and their counsel.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and that this Court shall retain jurisdiction solely to enforce the terms of the Confidential Settlement Agreement and Release executed by the parties and counsel.

This the 17th day of June, 2011.

*Counsel for the Plaintiff:*

WINSLOW WETSCH, PLLC

/s/ Laura J. Wetsch
Laura J. Wetsch
Winslow Wetsch, PLLC
416 Morson Street
Raleigh, NC 27601
Telephone: (919) 834-6534
Email: lwetsch@winslow-wetsch.com
N.C. State Bar No. 19491
LR 83.1 Counsel

DEBEVOISE & PLIMPTON LLP

/s/ John B. Missing
John B. Missing, Esq.
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, DC 20004
Email: jmissing@debevoise.com
Tel (202) 383-8152
D.C. Bar No. 425469

PUBLIC JUSTICE, P.C.

/s/ Victoria W. Ni
Victoria W. Ni
PUBLIC JUSTICE, P.C.
555 12th Street, Suite 1620
Oakland, CA 94607-3693
Tel 510-622-8150
Email: vni@publicjustice.net
Cal. Bar No. 212443

*Counsel for the Defendant:*

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

/s/ Kerry A. Shad
Kerry A. Shad
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
Post Office Box 2611
Raleigh, NC 27602
Telephone: (919) 821-1220
Email: kshad@smithlaw.com
N.C. State Bar No. 18410

SO ORDERED, this the __ day of _____, 2011.

_____
Terrence W. Boyle
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Laura J. Wetsch
Attorney for Plaintiff
Winslow Wetsch, PLLC
416 Morson Street
Raleigh, NC 27601
lwetsch@winslow-wetsch.com
**LR 83.1**

John B. Missing
David C. Ware
Atorneys for Plaintiff
Debevoise & Plimpton LLP
555 13th Street, N.W.
Washington, DC 20004
jmissing@debevoise.com
dcware@debevoise.com

Victoria W. Ni
Attorney for Plaintiff
Public Justice, P.C.
555 12th Street, Suite 1620
Oakland, Ca 94607-3693
vni@publicjustice.net

This the 17th day of June, 2011.

/s/ Kerry A. Shad
Kerry A. Shad